**FILED**
JAN 23 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Magistrate Docket No. |
| Plaintiff, | ) |
| v. | ) **COMPLAINT FOR VIOLATION OF:** |
| | ) Title 8, USC 1326 Deported Alien Found In The United States |
| | ) Title 8, USC 1325 Illegal Entry (misdemeanor) |
| Jose Antonio CERNA-Cortes | ) |
| | ) **'14MJ0254** |
| Defendant. | ) |

The undersigned complainant being, duly sworn, states:

### COUNT ONE

On or about January 21, 2014, within the Southern District of California, defendant, Jose Antonio CERNA-Cortes, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

### COUNT TWO

That on or about January 21, 2014, within the Southern District of California, defendant, Jose Antonio CERNA-Cortes, an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers, and elude examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325.

And the complainant states that this complaint is based on statements of the apprehending officer that the defendant was found near Tecate, California, and upon inquiry was unable to establish United States citizenship,

ACW

and admitted to apprehending officer that he was a citizen of Mexico, and had no right to be in or to enter the United States.

_____
SIGNATURE OF COMPLAINANT
Jonathan Burland
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,

THIS 23rd DAY OF January, 2014 .    _____
WILLIAM V. GALLO
United States Magistrate Judge



## CONTINUATION OF COMPLAINT:
Jose Antonio CERNA-Cortes

### PROBABLE CAUSE STATEMENT

On January 21, 2014, Border Patrol Agent R. Slingerland was assigned to K-9 handler duties at the El Cajon Border Patrol Station. At approximately 6:30 PM, on January 21, 2014, Border Patrol Agent B. Copher observed five individuals enter into the United States by crossing over the border fence between the United States and Mexico.

Agent Slingerland and his K-9 partner along with additional Border Patrol Agents responded to the area. Agent Slingerland followed the footprints until he noticed his K-9 alert to an odor. A few moments later, Agent Slingerland discovered two men lying in the brush attempting to hide. This area is located approximately one mile north of the United States/Mexico International Border and approximately three miles east of the Tecate, California Port of Entry. Several minutes later, the other three individuals were discovered by the additional agents.

Agent Slingerland identified himself as a United States Border Patrol Agent and conducted an immigration inspection. Both subjects, including one later identified as the defendant Jose Antonio CERNA-Cortes, admitted they are citizens of Mexico not possession of any documentation allowing them to enter or remain in the United States legally. At approximately 8:30 PM, Agent Slingerland placed both subjects, including CERNA, under arrest.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on September 23, 2008 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.